**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


BAHER ALBARQAWI                    :              CIVIL ACTION
                                   :
        vs.                        :
                                   :
7-ELEVEN, INC.                     :              NO.:   12-cv-3506


## O R D E R

**AND NOW**, this **16th** day of **APRIL, 2013**, in accordance with the

court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is reassigned from the

calendar of the Honorable Gene E. K. Pratter to the calendar of the Honorable

Mary A. McLaughlin.


                              **FOR THE COURT:**


                              **J. CURTIS JOYNER**
                              **Chief Judge**

                              **ATTEST:**


                              **/s/   Michael E. Kunz_____**
                              **MICHAEL E. KUNZ**
                              **Clerk of Court**