```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BAHER ALBARQAWI                  :    CIVIL ACTION
                                 :
        v.                       :
                                 :
7-ELEVEN, INC.                   :    NO. 12-3506
```

ORDER

AND NOW, this 17th day of April, 2013, it is hereby ordered that the final pretrial conference scheduled for May 16, 2013, is CANCELLED.  The trial pool date of May 21, 2013, is also CANCELLED.  All other deadlines in the case remain in effect.

```
                    BY THE COURT:


                    /s/ Mary A. McLaughlin
                    MARY A. McLAUGHLIN, J.
```