**DUANE MORRIS** LLP
Susan V. Metcalfe (PA ID#85703)
Stephen Sussman (SM-1072)
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: (215) 979-1000
Fax: (215) 979-1020
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BAHER ALBARQAWI,<br><br>    Plaintiff,<br><br>v.<br><br>7-ELEVEN, INC.,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>: No. 2:12-cv-03506-GP<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF CHANGE OF ADDRESS**

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending    ☐ I have no cases pending

Please take notice of the following attorney information change (s) for:

SUSAN V. METCALFE

My Pennsylvania Bar Number is: PA ID#85703

I am

☑ An attorney

☐ A Government Agency attorney

☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM: FIRM NAME: Lebensfeld Borker Sussman & Sharon LLP

FIRM ADDRESS: 131 Centerville Road, Suite A-1, Lancaster PA 17603

FIRM TELEPHONE NUMBER: (717) 230-1900

NEW FIRM: FIRM NAME: Duane Morris LLP

FIRM ADDRESS: 30 South 17th Street, Philadelphia PA 19103-4196

FIRM TELEPHONE NUMBER: (215) 979-1000

FIRM FAX NUMBER: (215) 979-1020

☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: May 2, 2013

DUANE MORRIS LLP

/s/
Susan V. Metcalfe (PA ID#85703)
Stephen Sussman (SM-1072)
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Fax: (215) 979-1020

*Attorneys for Defendant*