```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BAHER ALBARQAWI                  :     CIVIL ACTION
                                 :
          v.                     :
                                 :
7-ELEVEN, INC.                   :     NO. 12-3506
```

ORDER

AND NOW, this 7th day of November, 2013, IT IS HEREBY ORDERED that the Court will hold oral argument on the defendant's Motion for Partial Summary Judgment (Docket No. 17) on January 22, 2014, at 9:30 a.m. in Courtroom 13-A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.