```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BAHER ALBARQAWI                  :    CIVIL ACTION
                                 :
        v.                       :
                                 :
7-ELEVEN, INC.                   :    NO. 12-3506
```

ORDER

AND NOW, this 13th day of February, 2014, IT IS HEREBY ORDERED that this case is referred to Magistrate Judge Elizabeth T. Hey for a settlement conference for the remaining breach of contract claim.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.