IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BAHER ALBARQAWI            :      CIVIL ACTION
                           :
          v.               :
                           :
7-ELEVEN, INC.             :      NO. 12-3506

ORDER

AND NOW, this 13th day of February, 2014, upon consideration of the defendant's Motion for Partial Summary Judgment (Docket No. 17), the opposition and reply thereto, and following oral argument held on January 28, 2014, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendant's motion is GRANTED. Judgment is entered in favor of the defendant on following claims:

1.    Rescission (Count I);

2.    Negligent Misrepresentation (Count II);

3.    Intentional Misrepresentation (Count III); and

4.    Promissory Estoppel (Count V).

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.